AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: County of Valencia |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.



EXHIBIT
C

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Los Lunas_____, New Mexico, this 26 day of February___, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By: /s/ Benjamin Cline
      Deputy

[SEAL: DISTRICT COURT CLERK, VALENCIA, NEW MEXICO]

/s/ Wesley C. Jackson, Attorney at Law____
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                                    )ss
COUNTY OF Bernalillo   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia____ county on the 25th day of __March__,2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *County of Valencia*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021*

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 <br><br> Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca <br><br> v. <br><br> Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Custodian of Public Records |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6.     If you need an interpreter, you must ask for one in writing.
7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at _Los Lunas_____, New Mexico, this _26_ day of _February_, 2021.

PHILLIP ROMERO                          _/s/ Wesley C. Jackson, Attorney at Law_____
CLERK OF DISTRICT COURT                  Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline                   1121 4th Street NW, Suite 1A
     Deputy                              Albuquerque, NM 87102
                                         Tel: (505) 881-7676
                                         email: wes@LegalActionNM.com
                                         Counsel for Plaintiff

                                         **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _Bernalillo_  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_____ county on the _25th_ day of _March____, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓] to *Celia Dittmeier (Clerk)*, an agent authorized to receive service of process for defendant *Custodian of Public Records*

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/23/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Angie Womack |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Los Lunas_____, New Mexico, this 26 day of February___, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                   1121 4th Street NW, Suite 1A
      Deputy                            Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
                    **SEAL**            Counsel for Plaintiff

                                        **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Valencia____ county on the 25th day of ___March___, 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for defendant *Angie Womack*   .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March* , *2021* [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

     1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
     2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Offer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Danny Monette |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at _____ Los Lunas _____, New Mexico, this ____ day of 2/22/2021 , 2021.

Phillip Romero
CLERK OF DISTRICT COURT
By: /s/ Alexia Burkhard
      Deputy

/s/ Wesley C. Jackson, Attorney at Law
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

*DISTRICT COURT CLERK*
**SEAL**
*VALENCIA, NEW MEXICO*

**RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March* , *2021* , by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (Clerk)* , an agent authorized to receive service of process for defendant *Danny Monette* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Serve*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March* , 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca  v.  Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Randy Gutierrez |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6.    If you need an interpreter, you must ask for one in writing.
7.    You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at ___Los Lunas_____, New Mexico, this __26_ day of __February__, 2021.

PHILLIP ROMERO                              /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT              Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                          1121 4th Street NW, Suite 1A
     Deputy                                          Albuquerque, NM 87102
                                                      Tel: (505) 881-7676
                                                      email: wes@LegalActionNM.com
                                                      Counsel for Plaintiff

**SEAL**
DISTRICT COURT CLERK
VALENCIA, NEW MEXICO

                                                      **RETURN**[1]

STATE OF NEW MEXICO  )
                             )ss
COUNTY OF *Bernalillo*    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the _25th_ day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Randy Gutierrez*_____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*_____
Signature of person making service
*Process Server*_____
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of *March* , 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*_____
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

## USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: The Board of County Commissioners of the County of Valencia |

### TO THE ABOVE NAMED DEFENDANT(S):  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at __Los Lunas_____, New Mexico, this __26__ day of __February____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By /s/ Benjamin Cline
     Deputy

___/s/ Wesley C. Jackson, Attorney at Law___
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

(SEAL — DISTRICT COURT CLERK — VALENCIA, NEW MEXICO)

**RETURN[1]**

STATE OF NEW MEXICO )
                )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

    1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Randy Gutierrez, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Valencia County Detention Center |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.       You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.       If you need an interpreter, you must ask for one in writing.

7.       You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Los Lunas                  , New Mexico, this 26  day of February    , 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline                  1121 4ᵗʰ Street NW, Suite 1A
    Deputy                              Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
                                        Counsel for Plaintiff

DISTRICT COURT CLERK
SEAL
VALENCIA, NEW MEXICO

**RETURN**[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25ᵗʰ day of *March*   , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Valencia County Detention Center*

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrea J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 29th day of *March*, 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant:  Valencia  County  Sheriff's Department |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Los Lunas_____, New Mexico, this __26__ day of __February____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT

___/s/ Benjamin Cline_____
Deputy

SEAL
DISTRICT COURT CLERK
VALENCIA, NEW MEXICO

___/s/ Wesley C. Jackson, Attorney at Law____
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN[1]**

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____[2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

## USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147  Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca  v.  Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Valencia Manager's Office |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at _____ Los Lunas _____, New Mexico, this ____ day of 2/22/2021, 2021.


            Phillip Romero
CLERK OF DISTRICT COURT
By: /s/ Alexia Burkhard
        Deputy

                                    /s/ Wesley C. Jackson, Attorney at Law
                                    Wesley C. Jackson, Esq.
                                    1121 4th Street NW, Suite 1A
                                    Albuquerque, NM 87102
                                    Tel: (505) 881-7676
                                    email: wes@LegalActionNM.com
                                    Counsel for Plaintiff

**RETURN**[1]


STATE OF NEW MEXICO )
                                )ss
COUNTY OF *Bernalillo* )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and

complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for defendant *Valencia Managers Office*

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

## USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Borunda |

### TO THE ABOVE NAMED DEFENDANT(S):  Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS _____, New Mexico, this  8  day of  March , 2021.

PHILLIP ROMERO                                      /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                    Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline                                1121 4th Street NW, Suite 1A
      Deputy                                                  Albuquerque, NM 87102
                                                                   Tel: (505) 881-7676
                       **SEAL**                            email: wes@LegalActionNM.com
                                                                   Counsel for Plaintiff

                                                                   **RETURN**[1]

STATE OF NEW MEXICO )
                                   )ss
COUNTY OF *Bernalillo* )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25th day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to  the  defendant  _____  (*used  when  defendant  accepts  a  copy  of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently  at  place  of  abode*)  and  by  mailing  by  first  class  mail  to  the  defendant  at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[×]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for
defendant *Officer Borunda*     .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]    to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of March , 2021²

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Randy Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Captain Barela |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.

7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>            , New Mexico, this <u>8</u>  day of<u>March</u>        , 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By: <u>/s/ Benjamin</u> Cline
        Deputy

<u>/s/ Wesley C. Jackson, Attorney at Law</u>
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

*SEAL — DISTRICT COURT CLERK, VALENCIA, NEW MEXICO*

**RETURN[1]**

STATE OF NEW MEXICO  )
                                          )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*      county on the *25th* day of *March    2021* , by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for
defendant *Captain Barela*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of *March* 2021

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Captain Garcia |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.
7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at __LOS LUNAS_____, New Mexico, this _8__ day of __March_____, 2021.

PHILLIP ROMERO                          __/s/ Wesley C. Jackson, Attorney at Law___
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By: _/s/ Benjam_ ~"·                    1121 4th Street NW, Suite 1A
      Deputy                            Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
              SEAL                      Counsel for Plaintiff

                                        **RETURN[1]**

STATE OF NEW MEXICO )
                     )ss
COUNTY OF _Bernalillo_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_ county on the _25th_ day of _March_, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for defendant *Captain Garcia*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021*[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Randy Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Captain Trujillo |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this _8_ day of _March____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By: /s/ Benjamin Cline
      Deputy

*[SEAL: DISTRICT COURT CLERK · VALENCIA, NEW MEXICO]*

_/s/ Wesley C. Jackson, Attorney at Law___
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO   )
                                              )ss
COUNTY OF *Bernalillo*      )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25th day of *March*, 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[x]   to  *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for
defendant  *Captain Trujillo* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
*Process Serve*
Title (*if any*)

Subscribed and sworn to before me this *26ᵗʰ* day of *March* , *2021*[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

```
OFFICIAL  SEAL
Esther Bradley
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:   04/22/23
```

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Daniel Trujillo |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS _____, New Mexico, this __8__ day of __March__, 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By /s/ Benjamin Cline

   Deputy

/s/ Wesley C. Jackson, Attorney at Law

Wesley C. Jackson, Esq.

1121 4th Street NW, Suite 1A

Albuquerque, NM 87102

Tel: (505) 881-7676

email: wes@LegalActionNM.com

Counsel for Plaintiff

[SEAL — DISTRICT COURT CLERK, VALENCIA, NEW MEXICO]

**RETURN**[1]

STATE OF NEW MEXICO  )

           )ss

COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓] to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for
defendant _Daniel Trujillo_ .

[ ]  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (_used when defendant is a minor or an incompetent
person_).

[ ]  to _____ (_name of person_), _____,
(_title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision_).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (_if any_)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:  04/22/23

USE NOTE

   1.     Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
   2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 <br><br> Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca <br><br> v. <br><br> Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Major Gutierrez |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>, New Mexico, this <u>8</u> day of <u>March</u>, 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By: /s/ Benjamin Cline
      Deputy

<u>/s/ Wesley C. Jackson, Attorney at Law</u>
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                        )ss
COUNTY OF _Bernalillo_  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_ county on the _25th_ day of _March_, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (Clerk)_, an agent authorized to receive service of process for
defendant _Major Gutierrez_.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this 26th day of _March_, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Alfero |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.     A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.     You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.     You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS              , New Mexico, this 8  day of March      , 2021.

PHILLIP ROMERO                    /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT           Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline            1121 4th Street NW, Suite 1A
     Deputy                       Albuquerque, NM 87102
                                  Tel: (505) 881-7676
          SEAL                    email: wes@LegalActionNM.com
                                  Counsel for Plaintiff

                                  **RETURN**[1]

STATE OF NEW MEXICO )
                    )ss
COUNTY OF *Bernalillo* )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*      county on the 25th day of *March*    , *2021* , by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓] to _Celia Dittmaier (clerk)_ , an agent authorized to receive service of process for defendant _Officer Alfero_ .

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (_used when defendant is a minor or an incompetent person_).

[ ] to _____ (_name of person_), _____, (_title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision_).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service

_Process Server_
Title (_if any_)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| **SUMMONS ON COMPLAINT** | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 <br><br> Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca <br><br> v. <br><br> Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Anthony Otero |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.**     A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help
finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at  LOS LUNAS _____, New Mexico, this  8  day of March_____ , 2021.

PHILLIP ROMERO                          _/s/ Wesley C. Jackson, Attorney at Law_____
CLERK OF DISTRICT COURT          Wesley C. Jackson, Esq.
By:/s/ Benjamin                                  1121 4ᵗʰ Street NW, Suite 1A
    Deputy                                          Albuquerque, NM 87102
                                                       Tel: (505) 881-7676
                                                       email: wes@LegalActionNM.com
                SEAL                             Counsel for Plaintiff

                                                       **RETURN**[1]

STATE OF NEW MEXICO   )
                                     )ss
COUNTY OF *Bernalilla*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in *Valencia*_____ county on the *25th*day of
*March*_____ , *2021* , by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when
service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons and
complaint.

[ ]     to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[✓]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Officer Anthony Otero* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March* , *2021* [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
|---|---|
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Barreras |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**     If you need an interpreter, you must ask for one in writing.

**7.**     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>                    , New Mexico, this <u>8</u> day of <u>March</u>    , 2021.

PHILLIP ROMERO                           <u>/s/ Wesley C. Jackson, Attorney at Law</u>

CLERK OF DISTRICT COURT          Wesley C. Jackson, Esq.

By: <u>/s/ Benjamin C</u>                          1121 4th Street NW, Suite 1A

Deputy                                         Albuquerque, NM 87102

Tel: (505) 881-7676

**SEAL**                                         email: wes@LegalActionNM.com

Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO   )

)ss

COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*          county on the *25*th day of *March*    , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Officer Barreras*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, *2021* [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Brouanda |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.**     A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this 8___ day of March____, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT       Wesley C. Jackson, Esq.
By: /s/ Benjami                               1121 4th Street NW, Suite 1A
Deputy                                          Albuquerque, NM 87102
                                                      Tel: (505) 881-7676
                                                      email: wes@LegalActionNM.com
                                                      Counsel for Plaintiff

**SEAL** (DISTRICT COURT CLERK, VALENCIA, NEW MEXICO)

                                                      **RETURN**[1]

STATE OF NEW MEXICO   )
                                         )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*_____ county on the *25th* day of *March*_____, *2021,* by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]      to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for
defendant _Officer Borunda_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| **SUMMONS ON COMPLAINT** | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Castillo |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at  LOS LUNAS _____, New Mexico, this  8___ day of  March _____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By: /s/ Benjamin Cline
        Deputy

/s/ Wesley C. Jackson, Attorney at Law
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN[1]**

STATE OF NEW MEXICO   )
                                            )ss
COUNTY OF _Bernalillo_   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_ county on the _25th_ day of _March_, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to  the  defendant _____ (*used  when  defendant  accepts  a  copy  of summons and complaint or refuses to accept the summons and complaint*)

[ ]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to _Celia Dittmeier (Clerk)_, an agent authorized to receive service of process for
defendant _Officer Castillo_.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_, _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
|---|---|
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Castillo [II] |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>            , New Mexico, this  <u>8</u>   day of <u>March</u>        , 2021.

PHILLIP ROMERO                        <u>/s/ Wesley C. Jackson, Attorney at Law</u>
CLERK OF DISTRICT COURT               Wesley C. Jackson, Esq.
By:/s/ Benjamin (                      1121 4th Street NW, Suite 1A
      Deputy                          Albuquerque, NM 87102
                                      Tel: (505) 881-7676
                                      email: wes@LegalActionNM.com
                                      Counsel for Plaintiff

                                      **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*      county on the *25th* day of *March*      , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (Clerk)_, an agent authorized to receive service of process for
defendant _Officer Castillo [II]_   .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _Oct 22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Crispin |

**TO THE ABOVE NAMED DEFENDANT(S):**  Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS _____, New Mexico, this 8 __ day of March _____, 2021.

PHILLIP ROMERO                          _/s/ Wesley C. Jackson, Attorney at Law_
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                   1121 4th Street NW, Suite 1A
    Deputy                              Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
                                        Counsel for Plaintiff

SEAL
DISTRICT COURT CLERK
VALENCIA, NEW MEXICO

                                        **RETURN**[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _Bernalillo_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_ county on the _25th_ day of _March_, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (clerk)_ an agent authorized to receive service of process for defendant _Officer Crispin_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Duran |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.
7.    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>            , New Mexico, this <u>8</u>  day of <u>March</u>      , 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT          Wesley C. Jackson, Esq.
By:/s/ Benjamin (                        1121 4th Street NW, Suite 1A
      Deputy                                Albuquerque, NM 87102
                                            Tel: (505) 881-7676
                        **SEAL**            email: wes@LegalActionNM.com
                                            Counsel for Plaintiff

                                         RETURN[1]

STATE OF NEW MEXICO   )
                                )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March* ,*2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗] to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Officer Duran* .

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

> **OFFICIAL SEAL**
> **Esther Bradley**
> NOTARY PUBLIC
> STATE OF NEW MEXICO
> My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Espindola |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.  If you need an interpreter, you must ask for one in writing.
7.  You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS _____, New Mexico, this 8 __ day of March _____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By:/s/ Benjamin Cline
      Deputy

/s/ Wesley C. Jackson, Attorney at Law
Wesley C. Jackson, Esq.
1121 4ᵗʰ Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                                          )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]    to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for
defendant *Officer Espindola* .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent*
*person*).

[ ]    to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a*
*corporation or an association subject to a suit under a common name, a land grant board of*
*trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March* , 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths

*Notary*
Official title

OFFICIAL  SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| **SUMMONS ON COMPLAINT** | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Espodola |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.**      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.

7.     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this _8__ day of _March____, 2021.

PHILLIP ROMERO                                    /s/ Wesley C. Jackson, Attorney at Law_____
CLERK OF DISTRICT COURT                    Wesley C. Jackson, Esq.
By /s/ Benjamin                                          1121 4th Street NW, Suite 1A
      Deputy                                                 Albuquerque, NM 87102
                                                                 Tel: (505) 881-7676
                                                                 email: wes@LegalActionNM.com
                                                                 Counsel for Plaintiff

**SEAL**

**RETURN**[1]

STATE OF NEW MEXICO  )
                                         )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*___ county on the 25th day of *March*___, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to  the  defendant  _____  (*used  when  defendant  accepts  a  copy  of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to  _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently  at  place  of  abode*)  and  by  mailing  by  first  class  mail  to  the  defendant  at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to  _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✔]   to _Celia Dittmaier (Clerk)_ , an agent authorized to receive service of process for
defendant _Officer Espodola_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Offer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Galindo |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this 8___ day of March_____, 2021.

PHILLIP ROMERO                              /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                     Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                       1121 4th Street NW, Suite 1A
     Deputy                                 Albuquerque, NM 87102
                                            Tel: (505) 881-7676
                     **SEAL**               email: wes@LegalActionNM.com
                                            Counsel for Plaintiff

                                            **RETURN**[1]

STATE OF NEW MEXICO     )
                        )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*_____ county on the *25th* day of *March*_____, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to *Celia Dittmaier (Clerk)* , an agent authorized to receive service of process for
defendant   *Officer Galindo* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March* , *2021*[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Gomez |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this 8__ day of March_____, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law____
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin                         1121 4th Street NW, Suite 1A
     Deputy                             Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
                   **SEAL**             Counsel for Plaintiff

                                        **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _Bernalillo_  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_____ county on the _25th_ day of _March_____, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]  to  *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for
defendant  *Officer Gomez*  .

[ ]  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]  to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/23/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Gonzales |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this 8___ day of March_____, 2021.

PHILLIP ROMERO                            _/s/ Wesley C. Jackson, Attorney at Law____
CLERK OF DISTRICT COURT          Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                         1121 4th Street NW, Suite 1A
        Deputy                                       Albuquerque, NM 87102
                                                      Tel: (505) 881-7676
                                                      email: wes@LegalActionNM.com
                          **SEAL**                    Counsel for Plaintiff

                                                      **RETURN**[1]

STATE OF NEW MEXICO   )
                                     )ss
COUNTY OF *Bernalillo*    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]    to  the  defendant  _____  (*used  when  defendant  accepts  a  copy  of summons and complaint or refuses to accept the summons and complaint*)

[]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[]    to  _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently  at  place  of  abode*)  and  by  mailing  by  first  class  mail  to  the  defendant  at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[]    to  _____,  the  person  apparently  in  charge  at  the  actual  place  of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to  _Celia Dittmaier (Clerk)_ an agent authorized to receive service of process for
defendant  _Officer Gonzales_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Henson |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS              , New Mexico, this  8   day of  March       , 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By:/s/ Benjamin

     Deputy

**SEAL**

 

     /s/ Wesley C. Jackson, Attorney at Law

Wesley C. Jackson, Esq.

1121 4th Street NW, Suite 1A

Albuquerque, NM 87102

Tel: (505) 881-7676

email: wes@LegalActionNM.com

Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO )
                                               )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*   county on the *25th* day of *March*   , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]  to  *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for
defendant   *Officer Henson*   .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March* , 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca  v.  Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Hobbs |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.

7.    You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS _____, New Mexico, this 8 day of March____, 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By: /s/ Benjamin Cline
         Deputy

_/s/ Wesley C. Jackson, Attorney at Law____
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

[SEAL — DISTRICT COURT CLERK, VALENCIA, NEW MEXICO]

**RETURN**[1]

STATE OF NEW MEXICO )
                                              )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25th day of *March* , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to  *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for
defendant  *Officer Hobbs*        .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]    to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Holguin |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>              , New Mexico, this <u>8</u>   day of <u>March</u>      , 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By: /s/ Benjamin

Deputy

<u>/s/ Wesley C. Jackson, Attorney at Law</u>

Wesley C. Jackson, Esq.

1121 4th Street NW, Suite 1A

Albuquerque, NM 87102

Tel: (505) 881-7676

email: wes@LegalActionNM.com

Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )

                                              )ss

COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*       county on the *25th* day of *March*   , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to  the  defendant  _____  (*used  when  defendant  accepts  a  copy  of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently  at  place  of  abode*)  and  by  mailing  by  first  class  mail  to  the  defendant  at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for defendant *Officer Holguin* .

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26th day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Offer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Jojola |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1.     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.

7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>_____, New Mexico, this __8__ day of <u>March</u>_____, 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By: _/s/ Benjamin Cline_____
     Deputy

**SEAL**

_/s/ Wesley C. Jackson, Attorney at Law_____

Wesley C. Jackson, Esq.

1121 4th Street NW, Suite 1A

Albuquerque, NM 87102

Tel: (505) 881-7676

email: wes@LegalActionNM.com

Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                   )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*_____, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Ditmaier (Clerk)_, an agent authorized to receive service of process for
defendant _Officer Jojola_.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_, _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04 22 23_

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Lazoya |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>          , New Mexico, this <u>8</u>   day of <u>March</u>      , 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT
By<u>/s/ Benjamin</u>
      Deputy

            <u>/s/ Wesley C. Jackson, Attorney at Law</u>
            Wesley C. Jackson, Esq.
            1121 4th Street NW, Suite 1A
            Albuquerque, NM 87102
            Tel: (505) 881-7676
            email: wes@LegalActionNM.com
            Counsel for Plaintiff

            **RETURN**[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*      county on the *25th*day of *March*     , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]  to _Celia Dittmaier (Clerk)_, an agent authorized to receive service of process for
defendant _Officer Lazoya_.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this 26th day of _March_, 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

> OFFICIAL SEAL
> **Esther Bradley**
> NOTARY PUBLIC
> STATE OF NEW MEXICO
> My Commission Expires: 04 22 23

## USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Martinez |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>          , New Mexico, this <u>8</u> day of <u>March</u>     , 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT                    <u>/s/ Wesley C. Jackson, Attorney at Law</u>
By: /s/ Benjamin Cline                      Wesley C. Jackson, Esq.
      <u>    Deputy    </u>                  1121 4th Street NW, Suite 1A
                                            Albuquerque, NM 87102
                                            Tel: (505) 881-7676
                                            email: wes@LegalActionNM.com
                                            Counsel for Plaintiff

                                            **RETURN**[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*     county on the *25th* day of *March*     , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓ to _Celia Dittmaier (Clerk)_) an agent authorized to receive service of process for defendant _Officer Martinez_.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _25th_ day of _March_, _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

```
OFFICIAL SEAL
Esther Bradley
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23
```

## USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
|---|---|
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Navarro |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this  8  day of March____, 2021.

PHILLIP ROMERO                    /s/ Wesley C. Jackson, Attorney at Law____
CLERK OF DISTRICT COURT           Wesley C. Jackson, Esq.
By:/s/ Benjami                    1121 4th Street NW, Suite 1A
    Deputy                        Albuquerque, NM 87102
                                  Tel: (505) 881-7676
                                  email: wes@LegalActionNM.com
                                  Counsel for Plaintiff

                                  **RETURN[1]**

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalilo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*____ county on the *25th* day of *March*___, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to *Celia Dittmaier (Clerk)* an agent authorized to receive service of process for
defendant *Officer Navarro*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of *March*, 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Ortiz |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.

7.    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS _____, New Mexico, this 8__ day of March ___, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin                         1121 4th Street NW, Suite 1A
        Deputy                          Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
                                        Counsel for Plaintiff

                         **SEAL**

                                        **RETURN**[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF *Bernalillo* )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25th day of *March*, 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to _Celia Dittmaier (Clerk_ , an agent authorized to receive service of process for defendant _Officer Ortiz_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service

_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

```
OFFICIAL SEAL
Esther Bradley
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23
```

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
| --- | --- |
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Ortiz (II) |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.
7.    You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this 8 day of March____, 2021.

PHILLIP ROMERO                         /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline                 1121 4th Street NW, Suite 1A
    Deputy                             Albuquerque, NM 87102
                                       Tel: (505) 881-7676
                     SEAL              email: wes@LegalActionNM.com
                                       Counsel for Plaintiff

                                       RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_ county on the 25th day of _March_, 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[x]   to _Celia Dittmaier (clerk)_ an agent authorized to receive service of process for defendant _Officer Ortiz III_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _08/22/23_

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| **SUMMONS ON COMPLAINT** | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Otero |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.       You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.       If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>            , New Mexico, this <u> 8 </u> day of <u>March</u>      , 2021.

PHILLIP ROMERO                                   <u> /s/ Wesley C. Jackson, Attorney at Law </u>
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline                                 1121 4th Street NW, Suite 1A
     Deputy                                              Albuquerque, NM 87102
                                                                    Tel: (505) 881-7676
                                                                    email: wes@LegalActionNM.com
       DISTRICT COURT CLERK
       SEAL                                        Counsel for Plaintiff
       VALENCIA, NEW MEXICO

                              **RETURN**[1]

STATE OF NEW MEXICO   )
                                            )ss
COUNTY OF *Bernalilo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*    , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓] to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for defendant _Officer Otero_ .

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/20/23_

USE NOTE

    1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Perea |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS _____, New Mexico, this 8___ day of March____, 2021.

PHILLIP ROMERO                      _/s/ Wesley C. Jackson, Attorney at Law_____
CLERK OF DISTRICT COURT             Wesley C. Jackson, Esq.
By: /s/ Benjamin_                   1121 4ᵗʰ Street NW, Suite 1A
     Deputy                         Albuquerque, NM 87102
                                    Tel: (505) 881-7676
                                    email: wes@LegalActionNM.com
              SEAL                  Counsel for Plaintiff

                                    **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _Bernalillo_  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia_____ county on the _25th_ day of _March____, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to _Celia Dittmaier (clerk)_ an agent authorized to receive service of process for
defendant _Officer Perea_.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service

_Process Server_
Title (*if any*)

Subscribed and sworn to before me this 26th day of _March_, 2021 [2]

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

**OFFICIAL SEAL**
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 06/23/23

USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Robinson |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>, New Mexico, this <u>8</u> day of <u>March</u>, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By: /s/ Benjamin Cline
      Deputy

**SEAL**

<u>/s/ Wesley C. Jackson, Attorney at Law</u>
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                                            )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>*Valencia*</u> county on the <u>25th</u> day of <u>*March*</u>, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗] to *Celia Dittmaier (clerk)*, an agent authorized to receive service of process for defendant *Officer Robinson* .

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021*

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Officer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Romero |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this 8 day of March_____, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT         Wesley C. Jackson, Esq.
By: /s/ Benjamin                              1121 4th Street NW, Suite 1A
    Deputy                                        Albuquerque, NM 87102
                                                    Tel: (505) 881-7676
                                                    email: wes@LegalActionNM.com
                                                    Counsel for Plaintiff

                                                    **RETURN**[1]

STATE OF NEW MEXICO  )
                                        )ss
COUNTY OF *Bernalillo*     )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the 25th day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]  to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for
defendant  _Officer Romero_  .

[ ]  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]  to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J. Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of _March_ , 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/02/23

USE NOTE

1.  Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.  If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Offer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Officer Soto |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.

7.    You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at LOS LUNAS_____, New Mexico, this _8_ day of _March____, 2021.

PHILLIP ROMERO                          /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By: /s/ Benjamin Cline                  1121 4ᵗʰ Street NW, Suite 1A
        Deputy                          Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                        SEAL            email: wes@LegalActionNM.com
                                        Counsel for Plaintiff

                                        RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*____ county on the *25ᵗʰ* day of *March*_____,*2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓] to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for defendant *Officer Soto*.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021*

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
_____
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Randy Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Vallardez |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.
7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>_____, New Mexico, this __8__ day of <u>March</u>_____, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By:<u>/s/ Benjamin</u>
          Deputy

_/s/ Wesley C. Jackson, Attorney at Law_____
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**SEAL**
DISTRICT COURT CLERK
VALENCIA, NEW MEXICO

**RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalilo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X] to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for defendant _Officer Vallardez_.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (_used when defendant is a minor or an incompetent person_).

[ ] to _____ (_name of person_), _____, (_title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision_).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (_if any_)

Subscribed and sworn to before me this _16th_ day of _March_, _2021_

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| **SUMMONS ON COMPLAINT** | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Zamora |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>          , New Mexico, this  <u>8</u>  day of <u>March</u>      , 2021.

PHILLIP ROMERO                                <u>/s/ Wesley C. Jackson, Attorney at Law</u>
CLERK OF DISTRICT COURT                       Wesley C. Jackson, Esq.
By: <u>/s/ Benjamin Cline</u>                 1121 4th Street NW, Suite 1A
        Deputy                                Albuquerque, NM 87102
                                              Tel: (505) 881-7676
                                              email: wes@LegalActionNM.com
                                              Counsel for Plaintiff

**SEAL** (DISTRICT COURT CLERK, VALENCIA, NEW MEXICO)

                                              **RETURN**[1]

STATE OF NEW MEXICO )
                                   )ss
COUNTY OF *Berna lillo* )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in  *Valencia*     county on the *25th* day of  *March*    , *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to *Celia Dittmaier (Clerk)*, an agent authorized to receive service of process for
defendant *Officer Zamora*.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021*[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Sergeant Gonzales |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>, New Mexico, this <u>8</u> day of <u>March</u>, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT
By:<u>/s/ Benjamin</u>
        Deputy

SEAL

<u>/s/ Wesley C. Jackson, Attorney at Law</u>
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN**[1]

STATE OF NEW MEXICO  )
                                        )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March*, *2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to *Celia Dittmaier (clerk)* , an agent authorized to receive service of process for
defendant *Sergeant Gonzales* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service.   Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this 2/4th day of *March* , 2021[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Sergeant Sais |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>          , New Mexico, this <u>8</u>   day of <u>March</u>     , 2021.

PHILLIP ROMERO

CLERK OF DISTRICT COURT

By:<u>/s/ Benjamin</u> Cline

  Deputy

**SEAL**

<u>/s/ Wesley C. Jackson, Attorney at Law</u>

Wesley C. Jackson, Esq.

1121 4th Street NW, Suite 1A

Albuquerque, NM 87102

Tel: (505) 881-7676

email: wes@LegalActionNM.com

Counsel for Plaintiff

**RETURN[1]**

STATE OF NEW MEXICO  )

         )ss

COUNTY OF *Bernalillo*   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia*   county on the *25th* day of *March  2021*, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (clerk)_, an agent authorized to receive service of process for defendant _Sergeant Sais_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service

_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2012_

_____
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _Oct 22 23_

## USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00114 Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca v. Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Sergeant Sandoval |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>LOS LUNAS</u>, New Mexico, this <u>8</u> day of <u>March</u>, 2021.

PHILLIP ROMERO
CLERK OF DISTRICT COURT

By: /s/ Benjamin
           Deputy

/s/ Wesley C. Jackson, Attorney at Law
Wesley C. Jackson, Esq.
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676
email: wes@LegalActionNM.com
Counsel for Plaintiff

**RETURN[1]**

STATE OF NEW MEXICO )
                                        )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]  to _____, an agent authorized to receive service of process for defendant _____.

[ ]  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]  to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Sergeant Tena |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.      You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.      You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help
finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at <u>LOS LUNAS</u>, New Mexico, this <u>8</u> day of <u>March</u>, 2021.

PHILLIP ROMERO                        <u>/s/ Wesley C. Jackson, Attorney at Law</u>
CLERK OF DISTRICT COURT               Wesley C. Jackson, Esq.
By /s/ Benjamin Cline                 1121 4th Street NW, Suite 1A
        Deputy                        Albuquerque, NM 87102
                                      Tel: (505) 881-7676
                                      email: wes@LegalActionNM.com
**SEAL**                              Counsel for Plaintiff

                                      **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of
*March, 2021*, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]   to  the defendant  _____ (*used  when  defendant  accepts  a  copy  of
summons and complaint or refuses to accept the summons and complaint*)

[]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when
service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[]   to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently  at  place  of  abode*)  and  by  mailing  by  first  class  mail  to  the  defendant  at
_____ (*insert defendant's last known mailing address*) a copy of the summons and
complaint.

[]   to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[✓] to *Celia Dittmaier (Clerk)* an agent authorized to receive service of process for defendant *Sergeant Tena*.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March*, *2021* [2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: *04/22/23*

## USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County<br>Commissioners of the County of Valencia, County<br>of Valencia, Valencia County Sheriff's Department,<br>Valencia County Detention Center, Valencia<br>Manager's Office, Custodian of Public Records,<br>Angie Womack, Danny Monette, Randy Gutierrez,<br>Officer Zamora, Warden Chavez, Major Gutierrez,<br>Captain Garcia, Captain Trujillo, Captain Barela,<br>Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval,<br>Sergeant Gonzales, Officer Jojola, Sergeant Sais,<br>Officer Holguin, Officer Galindo, Officer Soto,<br>Offer Hobbs, Officer Lazoya, Officer Vallardez,<br>Officer Navarro, Officer Crispin, Officer Henson,<br>Officer Brouanda, Officer Borunda, Officer Castillo,<br>Officer Robinson, Officer Armijo, Officer Ortiz,<br>Officer Duran, Officer Castillo, Officer Ortiz (II),<br>Officer Barreras, Officer Alfero, Officer Perea,<br>Officer Martinez, Officer Espindola, Officer<br>Espodola, Officer Gonzales, Officer Otero, Officer<br>Romero, Officer Gomez, Daniel Trujillo, Officer<br>Anthony Otero, and John Does. | Defendant: Sergeant Vaisa |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.
7.    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at  LOS LUNAS            , New Mexico, this  8  day of  March     , 2021.

PHILLIP ROMERO                           /s/ Wesley C. Jackson, Attorney at Law
CLERK OF DISTRICT COURT         Wesley C. Jackson, Esq.
By/s/ Benjamin Cli                          1121 4th Street NW, Suite 1A
      Deputy                                       Albuquerque, NM 87102
                                                      Tel: (505) 881-7676
                                                      email: wes@LegalActionNM.com
                        **SEAL**                 Counsel for Plaintiff

                                               **RETURN**[1]

STATE OF NEW MEXICO   )
                                         )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in *Valencia* county on the *25th* day of *March* , *2021* , by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to _Celia Dittmaier (clerk)_ , an agent authorized to receive service of process for
defendant _Sergeant Vaisa_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this _26th_ day of _March_ , _2021_[2]

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _04/22/23_

USE NOTE

     1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
     2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

| SUMMONS ON COMPLAINT | |
|---|---|
| District Court: THIRTEENTH JUDICIAL<br>Valencia County, New Mexico<br>Court Address:<br>1835 Hwy 314 SW/P.O. Box 1089<br>Los Lunas, NM 87031<br>Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147<br><br>Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca<br><br>v.<br><br>Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Offer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Warden Chavez |

**TO THE ABOVE NAMED DEFENDANT(S): Take notice that**

1.       A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.       You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.       If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.       You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this 8__ day of March_____, 2021.

PHILLIP ROMERO                          _/s/ Wesley C. Jackson, Attorney at Law___
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By:/s/ Benjamin Cline_____              1121 4th Street NW, Suite 1A
    Deputy                              Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                                        email: wes@LegalActionNM.com
               SEAL                     Counsel for Plaintiff

                                        RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF Bernalilb  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Valencia_____ county on the 25th day of March___,2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✗]   to *Celia Dittmaier (Clerk)*  , an agent authorized to receive service of process for defendant  *Warden Chavez* .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Andrew J. Sanchez*
Signature of person making service
*Process Server*
Title (*if any*)

Subscribed and sworn to before me this *26th* day of *March* , *2021*[2]

_____
Judge, notary or other officer
authorized to administer oaths
*Notary*
Official title

> OFFICIAL SEAL
> **Esther Bradley**
> NOTARY PUBLIC
> STATE OF NEW MEXICO
> My Commission Expires: *04/22/23*

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

AB

FILED
13th JUDICIAL DISTRICT COURT
Valencia County
4/16/2021 10:45 AM
PHILLIP ROMERO
CLERK OF THE COURT

## SUMMONS ON COMPLAINT

| | |
|---|---|
| District Court: THIRTEENTH JUDICIAL Valencia County, New Mexico Court Address: 1835 Hwy 314 SW/P.O. Box 1089 Los Lunas, NM 87031 Court Telephone No.: 505-865-2400 | Case Number: D-1314-CV-2021-00147 <br><br> Assigned Judge: Hon. Cindy M. Mercer |
| Plaintiff(s): Alan Baca <br><br> v. <br><br> Defendant(s): The Board of County Commissioners of the County of Valencia, County of Valencia, Valencia County Sheriff's Department, Valencia County Detention Center, Valencia Manager's Office, Custodian of Public Records, Angie Womack, Danny Monette, Randy Gutierrez, Officer Zamora, Warden Chavez, Major Gutierrez, Captain Garcia, Captain Trujillo, Captain Barela, Sergeant Vaisa, Sergeant Tena, Sergeant Sandoval, Sergeant Gonzales, Officer Jojola, Sergeant Sais, Officer Holguin, Officer Galindo, Officer Soto, Officer Hobbs, Officer Lazoya, Officer Vallardez, Officer Navarro, Officer Crispin, Officer Henson, Officer Brouanda, Officer Borunda, Officer Castillo, Officer Robinson, Officer Armijo, Officer Ortiz, Officer Duran, Officer Castillo, Officer Ortiz (II), Officer Barreras, Officer Alfero, Officer Perea, Officer Martinez, Officer Espindola, Officer Espodola, Officer Gonzales, Officer Otero, Officer Romero, Officer Gomez, Daniel Trujillo, Officer Anthony Otero, and John Does. | Defendant: Officer Armijo |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at LOS LUNAS_____, New Mexico, this _8_ day of _March____, 2021.

PHILLIP ROMERO                          _/s/ Wesley C. Jackson, Attorney at Law____
CLERK OF DISTRICT COURT                 Wesley C. Jackson, Esq.
By: _/s/ Benjamin Cline_                1121 4th Street NW, Suite 1A
      Deputy                            Albuquerque, NM 87102
                                        Tel: (505) 881-7676
                    SEAL                email: wes@LegalActionNM.com
                                        Counsel for Plaintiff

                                        **RETURN**[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF *Bernalillo*  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Valencia____ county on the _25th_ day of _March____,_2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]   to _Celia Dittmaier (Clerk)_, an agent authorized to receive service of process for
defendant _Officer Armijo_ .

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ (*used when defendant is a minor or an incompetent
person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_Andrew J Sanchez_
Signature of person making service
_Process Server_
Title (*if any*)

Subscribed and sworn to before me this 26ᵗʰ day of _March_ , 2021

_____
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
**Esther Bradley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/22/23

USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective
March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court
Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]